517 A.2d 1293

**ASSOCIATED TOWN "N" COUNTRY BUILDERS, INC., Petitioner,**

**v.**

**WORKMEN'S COMPENSATION APPEAL BOARD and Virginia Marabito, widow of Lewis Marabito, deceased.**

Supreme Court of Pennsylvania.

Nov. 26, 1986.

Petition for Allowance of Appeal GRANTED, No. 96 W.D. Appeal Docket 1986.